*Attorneys at Law*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019

*Jay Teitelbaum**

November 11, 2019

VIA ECF
Hon. Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Essex Capital Corporation v. Vivek Garipalli, et al.*, No. 17-cv-6347-JFK-KHP

Dear Judge Parker:

    My firm was recently substituted as counsel for Geoff Winkler as the Receiver appointed for Plaintiff, Essex Capital Corp. in the action pending in the United States District Court California *Securities and Exchange Commission, Plaintiff v. Ralph Iannelli and Essex Capital Corp., et al, Defendants*, 18-05008 (the "**Receivership Action**").

    I am writing with the consent of counsel for Defendants to request a 60 day adjournment of all discovery deadlines and of the November 20 settlement conference.

    The basis for the request is that the parties have reached agreement in principal on a settlement and require additional time (i) to document the settlement and (ii) for the Receiver to obtain approval of the settlement in the District Court Action.

Respectfully,

Jay Teitelbaum

Cc: Michael Rato, Esq.

> **APPLICATION GRANTED:** In light the Parties' representation that a settlement in this matter has been Respectfully, reached, the Settlement Conference currently scheduled for November 20, 2019 is hereby adjourned sine die. All Discovery deadlines are hereby extended 60 days.
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 11/12/2019

---

1 Barker Avenue
Third Floor
White Plains, New York 10601
Telephone: 914-437-7670
Fax: 914-437-7672
All service of papers to White Plains. Fax and E-Mail Service Accepted

E-Mail: jteitelbaum@tblawllp.com
Website: www.tblawllp.com

*Admitted: N.Y. State and Federal Courts; United States District Courts for the District of Connecticut and the Southern District of Indiana

9 East 40th Street
Fourth Floor
New York, New York 10016
Telephone: 646-233-3013