# TEITELBAUM LAW GROUP, LLC
*Attorneys at Law*

Jay Teitelbaum*

February 3, 2020



VIA ECF
Hon. John F Keenan
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Essex Capital Corporation v. Vivek Garipalli, et al.*, No. 17-cv-6347-JFK-KHP

Dear Judge Keenan:

I am writing to update the Court as to the status of the settlement identified in my letter of November 11, 2019 and the Court's order filed as ECF 54 and to request a 30 day adjournment of the February 10, 2020 status conference to allow the parties to complete the Settlement. Pursuant to the attached Notice of Motion, February 10, 2020 the Receiver will be seeking approval of the Settlement from the United States District Court for the Central District of California in the action *Securities and Exchange Commission, Plaintiff v. Ralph Iannelli and Essex Capital Corp., et al, Defendants*, 18-05008 (the "**Receivership Action**"). We expect the Court to approve the Settlement.

Pursuant to the terms of the Settlement, within 3 business days after an order approving the Settlement becomes final, the Defendant is to make the Settlement Payment, and within 3 business days of receipt after receipt of the Settlement Payment, my firm will release a stipulation dismissing this action from escrow and file the stipulation with the Court.

The parties are hopeful that a conference will not be necessary. In light of the foregoing, I respectfully request that the February 10, 2020 conference be adjourned for 30 days.

In the event that circumstances change, we will promptly advise the Court

Respectfully,

Jay Teitelbaum

Cc: Michael Rato, Esq.

---

```
Both parties in agreement, the February 10, 2020 conference is
adjourned to March 10, 2020.  The parties are directed to keep
the Court apprised of the status of their anticipated
settlement.  Next Conference: March 10, 2020 at 11 a.m.

SO ORDERED.
Dated:  New York, New York
        February 4, 2020
                                    John F. Keenan
                                    United States District Judge
```