UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    Essex Capital Corp.

        -V-                    :        #17 Cv 6347 (JFK)

    Vivek Garipalli      :

------------------------------X

The conference is adjourned from March 10, 2020 to Wednesday, April 15, 2020 at 11:00 a.m. in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-3-20

SO ORDERED.

Dated: New York, New York

3-3-20

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge