UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESSEX CAPITAL CORPORATION :
        Plaintiff :     No. 17 Civ 6347 (JFK) (KHP)
:
against :
:
VIVEK GARIPALLI, SEQUOIA :
HEALTHCARE SERVICES, LLC :
AND WINTHROP HAYES :
        Defendants :

---

## STIPULATION DISCONTINUING ACTION

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff, Essex Capital Corporation, by its court appointed permanent receiver, Geoff Winkler, and counsel for defendant, Sequoia Healthcare Services, LLC, that, no party being an infant, an incompetent person for whom a committee has been appointed, or a conservatee, the above-entitled action, including any and all claims and causes of action asserted by Plaintiff, together with any and all affirmative defenses, cross-claims and counterclaims asserted by Defendant, be and the same hereby is discontinued and dismissed with prejudice and without costs to any party; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, each of which shall be deemed to be an original and the signatures of any or all parties may be exchanged via email, facsimile, or other electronic means; and

17

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be filed with the Clerk of the Court without further notice, and an order effecting the discontinuance may be entered without further notice.

Dated: December 5, 2019

**TEITELBAUM LAW GROUP, LLC**
*Attorneys for Plaintiff*

By: Jay Teitelbaum, Esq.
1 Barker Avenue, Third Floor
White Plains, New York 10601
jteitelbaum@tblawllp.com

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
*Attorneys for Defendant Sequoia Healthcare Services, LLC*

By: Michael Rato, Esq.
1300 Mount Kemble Avenue,
P.O. Box 2075
Morristown, New Jersey 07962-2075
mrato@mdmc-law.com

18